**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JAMES HEINZMAN,

                Plaintiff,

v.                              CIVIL ACTION NO.  2:08-cv-01003

ACTAVIS GROUP, et al.,

                Defendants.

**ORDER**

Pending before the court is the plaintiff's Motion to Substitute Plaintiff [Docket 20].  For good cause shown it is hereby **ORDERED** that the motion is **GRANTED**.  Donald E. Heinzman, as Executor of the Estate of James L. Heinzman, shall be substituted as Plaintiff for James L. Heinzman, deceased.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:       January 12, 2009

Joseph R. Goodwin, Chief Judge